1
2
3                     UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6

| CRYSTAL ARCIOSA, | |
|---|---|
| Plaintiff, | Case No.  15-cv-01656-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| ARAMARK RAIL SERVICES, LLC, et al., | |
| Defendants. | |

On 09/10/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Status Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Initial Case Management Conference | 11/19/2015 at 11:00 am |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

5

6 Dated: 09/10/2015

7 _____
BETH LABSON FREEMAN
8 United States District Judge