# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

CRYSTAL ARCIOSA,

    Plaintiff,

  v.

ARAMARK RAIL SERVICES, LLC, et al.,

    Defendants.

Case No. 15-cv-01656-BLF

**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

[Re: ECF 1]

Plaintiff brought suit against Defendants Aramark Rail Services, LLC ("Aramark") and Melody Cooper. On April 10, 2015, Defendant Aramark removed this case from Santa Clara Superior Court on the basis of diversity jurisdiction. ECF 1. However, Defendant Melody Copper appears to be a citizen of California.

Accordingly, the Court ORDERS the parties TO SHOW CAUSE why this case should not be remanded back to Santa Clara County Superior Court for lack of subject matter jurisdiction. Defendant Aramark shall file a response **on or before** September 25, 2015. Plaintiff shall file a response **on or before** October 5, 2015. Each response shall be no more than 5 pages.

**IT IS SO ORDERED.**

Dated: September 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge