# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CRYSTAL ARCIOSA,<br>　　　　Plaintiff,<br>　　v.<br>ARAMARK RAIL SERVICES, LLC, et al.,<br>　　　　Defendants. | Case No.　15-cv-01656-BLF<br><br>**ORDER CONTINUING DEADLINES AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>[Re:　ECF 21] |

On September 15, 2015, the Court issued an order to show cause why the above-captioned case should not be remanded back to Santa Clara County Superior Court for lack of subject matter jurisdiction.  ECF 20.  The order required Defendant Aramark Rail Services, LLC ("Aramark") to file a response by September 25, 2015 and Plaintiff to file a response by October 5, 2015.  *Id*.  On September 24, 2015, Plaintiff and Defendant Aramark filed a notice of settlement.  ECF 21.

Accordingly, the Court CONTINIUES by forty-five days the briefing dates set forth in the Court's order to show cause.  Defendant Aramark's response to the order to show cause shall be due by November 9, 2015 and Plaintiff's response shall be due by November 19, 2015.  Finally, the Court VACATES the case management conference scheduled for November 19, 2015.

**IT IS SO ORDERED.**

Dated: September 28, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge